The People
v.                                                          Motion denied.
Merritt

---

## THE PEOPLE *against* MERRITT.

To warrant    BOWEN & NEFF, defendants in ejectment, at the suit of
an attachment
for not paying Jackson *ex dem.* Merritt, having recovered a verdict, and
costs against
the lessor in judgment for costs against the nominal plaintiff, caused a
ejectment, on demand of the taxed costs to be regularly made of the les-
judgment for
the defendant sor of the plaintiff, except that no *ca. sa.* for the costs
upon verdict, a
*ca. sa.* against against the nominal plaintiff, was shown to the lessor at
the nominal the time. The lessor, (now defendant,) being brought up
plaintiff for the
costs must first on attachment for non-payment, answered this fact on in-
be exhibited. terrogatories; whereupon,

*W. H. Maynard* moved that he be discharged.

*J. A. Collier,* contra.

*Curia.* We see no substantial ground for requiring the
exhibition of a *ca. sa.*; but it is so with many of our rules
of practice. It is no reason for rejecting them, that we
cannot see at once the principle on which they rest. The
uniform course has been to show the *ca. sa.*; and this ac-
cords with the rule laid down in the books.(*a*) The de-
fendant must be discharged with costs.

                                                          Motion granted.

(*a*) Such is the settled practice of the K. B. (*Tilly* v. *Baily,* Mich. 6 Geo.
2. Runn. on Eject. 416, 417. Adams on Eject. Ruggles' ed. 303, S. C.) But
the *ca. sa.* may be omitted in the C. P. (Adams on Eject. Ruggles' ed. 303,
and note (*h*). *Doe* v. *Salter,* 3 Taunt. 485.)